NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

v.

**SANDOZ INC., ACCORD HEALTHCARE INC., ACTAVIS LLC, MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, APOTEX CORP., APOTEX INC., TEVA PHARMACEUTICALS USA, INC., GLENMARK PHARMACEUTICALS LTD., GLENMARK GENERICS LTD., HOSPIRA, INC., GLENMARK GENERICS INC., USA,**
*Defendants-Appellees*

---

2015-2066, 2016-1008, -1009, -1010, -1109, -1110, -1283

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-01011-GMS, 1:12-cv-01490-GMS, 1:12-cv-01750-GMS, 1:13-cv-01874-GMS, 1:14-cv-01156-GMS, 1:15-cv-00040-GMS, 1:15-cv-00539-GMS, 1:15-cv-00540-GMS, and 1:15-cv-00804-GMS, Judge Gregory M. Sleet.

---

## ON MOTION

## O R D E R

Upon consideration of Actavis LLC's unopposed motion for a 60-day extension of time, until May 6, 2016, for all Appellees to file their response briefs,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25