NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

v.

**SANDOZ INC., ACCORD HEALTHCARE INC., ACTAVIS LLC, MYLAN LABORATORIES LIMITED, AGILA SPECIALTIES INC., DR. REDDY'S LABORATORIES, LTD., DR. REDDY'S LABORATORIES, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SUN PHARMA GLOBAL FZE, APOTEX CORP., APOTEX INC., TEVA PHARMACEUTICALS USA, INC., GLENMARK PHARMACEUTICALS LTD., GLENMARK GENERICS LTD., HOSPIRA, INC., GLENMARK GENERICS INC., USA, WOCKHARDT BIO AG, WOCKHARDT USA LLC,**
*Defendants-Appellees*

---

2015-2066, 2016-1008, -1009, -1010, -1109, -1110, -1283, -1762

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-01011-GMS, 1:12-cv-01490-GMS, 1:12-cv-01750-GMS, 1:13-cv-01874-GMS, 1:14-cv-01156-GMS, 1:15-cv-00040-GMS, 1:15-cv-00539-GMS, 1:15-cv-00540-GMS, 1:15-cv-00804-GMS, and 1:16-cv-00034-GMS, Judge Gregory M. Sleet.

---

**ON MOTION**

---

**O R D E R**

Millennium Pharmaceuticals, Inc., Wockhardt Bio AG, and Wockhardt USA LLC move unopposed to consolidate 2016-1762 with 2015-2066, 2016-1008, -1009, -1010, -1109, -1110, and -1283.

Millennium Pharmaceuticals separately moves for an extension of time to file its opening brief in 2016-1762.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted. The revised official caption is reflected above.

(2) Appellees' response briefs are due no later than May 6, 2016.

(3) The motion for an extension of time is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26